Robert S. Arns, State Bar No. 65071 (rsa@arnslaw.com)
Jonathan E. Davis, State Bar No. 191346 (jed@arnslaw.com)
Shounak S. Dharap, State Bar No. 311557 (ssd@arnslaw.com)
Katherine A. Rabago, State Bar No. 333374 (kar@arnslaw.com)
**ARNS DAVIS LAW**
A Professional Corporation
515 Folsom St., 3rd Floor
San Francisco, CA 94109
Tel: (415) 495-7800
Fax: (415) 495-7888

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR SABORIO, individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AGRO RESEARCH INTERNATIONAL LLC; SENTINEL BIOLOGICS, INC.; AMAZON.COM INC.; AMAZON.COM SERVICES LLC; and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No. 3:23-cv-02086<br><br>**STIPULATION OF DISMISSAL [FRCP 41(a)(1)(A)(ii)]**<br><br>Complaint Filed: April 28, 2023<br>First Amended Complaint Filed: June 15, 2023 |

**STIPULATION**

All the Parties, by and through their undersigned counsel, hereby stipulate pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) that all claims brought against Defendants Agro Research International LLC, Sentinel Biologics, Inc., Amazon.com Inc., and Amazon.com Services LLC in this action be dismissed without prejudice, each party to bear their own fees and costs.

Dated: July 27, 2023 ARNS DAVIS LAW

s/ Shounak S. Dharap[1]
SHOUNAK S. DHARAP
Attorneys for Plaintiffs

Dated: July 27, 2023 DOWNEY BRAND LLP

s/ John C. McCarron
JOHN C. MCCARRON
Attorneys for Agro Research International LLC

Dated: July 27, 2023 NEWMEYER & DILLION, LLP

s/ Joshua B. Bevitz
JOSHUA B. BEVITZ
Attorneys for Sentinel Biologics, Inc.

Dated: July 27, 2023 K&L GATES LLP

s/ Kevin S. Asfour
KEVIN S. ASFOUR
Attorneys for Amazon.com Inc. and
Amazon.com Services LLC

[1] *Pursuant to L.R. 5-1(h)(3), the e-filer of this document, Shounak S. Dharap, hereby attests that the other signatory hereto concurs in the filing of this document.*